

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  SUE WALKER
  BILL MEIER
  LEE GABRIEL
  BONNIE SUDDERTH
  ELIZABETH KERR
  MARK T. PITTMAN

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

April 6, 2017

Paul Francis
P.O. Box 13369
1178 W. Pioneer Parkway
Arlington, TX 76013
* DELIVERED VIA E-MAIL *

Criminal District Clerk, Tarrant County
Tim Curry Criminal Justice Center
401 W. Belknap, 3rd Floor
Fort Worth, TX 76196-0402
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tom Vandergriff Civil Courts Bldg.
100 N. Calhoun St., 2nd Floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Hon. George William Gallagher
Judge, 396th District Court
Tim Curry Criminal Justice Center
401 W. Belknap, 6th floor
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76196-0201
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:    02-17-00022-CR
                                  02-17-00023-CR
     Trial Court Case Number:      1449444D
                                    1449445D

Style:   Jimmy Phillip Martin
        v.
        The State of Texas

      Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.  Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.txcourts.gov/2ndcoa.

                  Respectfully yours,

                  DEBRA SPISAK, CLERK

                  *Debra Spisak*